IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CLIFTON LEE ROBERTS                                        PLAINTIFF

v.                          Case No. 4:25-cv-4055

CAPTAIN JOHN BUTLER                                        DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. Upon preservice screening of Plaintiff's Complaint (ECF No. 1) pursuant to 28 U.S.C. § 1915A, Judge Bryant recommends that Plaintiff's claims be dismissed for failure to state a claim upon which relief may be granted. Judge Bryant explains that Plaintiff's claims are clearly barred by the applicable statute of limitations. Judge Bryant further recommends that the Clerk be directed to place a 28 U.S.C. § 1915(g) strike flag on the case for future judicial consideration and that the Court certify pursuant to 28 U.S.C. S 1915(a)(3) that no appeal from this dismissal would be taken in good faith. Plaintiff has not objected to the R&R, and the time to do so has passed.

Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R (ECF No. 6) in toto. Accordingly, Plaintiff's case is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to place a 28 U.S.C. § 1915(g) strike flag on the case for future judicial consideration. The Court certifies pursuant to 28 U.S.C. S 1915(a)(3) that no appeal from this dismissal would be taken in good faith.

**IT IS SO ORDERED**, this 3rd day of October, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge